OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE

$ 00.26⁵
NOV 26 2014

PITNEY BOWES

11/26/2014

MILTON, DAMON O          Tr. Ct. No. 9414339-A          WR-24,668-03

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DAMON O MILTON
- TDC # 691128

R75 RCSD